04/17/2014 04:58PM 16463674925 ABOUSHI LAW FIRM PAGE 02/02
Case 1:13-cv-08582-KBF   Document 20   Filed 04/25/14   Page 1 of 1
Case 1:13-cv-08582-KBF   Document 19   Filed 04/24/14   Page 1 of 1

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 2 5 2014
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Anthony Romano,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Greenhouse, Entertainment Enterprises, LTD. And John Doe #1,<br><br>　　　　　　Defendants. | STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)<br><br>Case No.:08582cv13 (KBF) |

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsels that the above-captioned action is voluntarily dismissed, with prejudice against the Defendant Entertainment Enterprises LTD pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

_____
J. MICHAEL FARRELL, ESQ.
Attorney for Plaintiff
718 Arch Street, Suite 402
Philadelphia, PA 19106
Telephone: (215) 925-1105
Facsimile: (215) 925-4099

_____
TAHANIE A. ABOUSHI, ESQ.
Attorney for Entertainment Enterprises LTD.
1441 Broadway, Suite 5036
New York, NY 10018
Telephone: (212) 391-8500
Facsimile: (212) 391-8508

_____
JAMES FEEHAN, ESQ.
Attorney for Greenhouse
Nationwide Trial Division
Telephone: (212)510-9230

Dated: April 15, 2014

So ordered.

K. B. F.
USDJ

4/25/14